UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABRIEL J. RIVERA,

                                        Plaintiff,

                    -against-

LOUIS MOLINA; CITY OF NEW YORK,

                                        Defendants.

23-CV-4128 (LTS)

CIVIL JUDGMENT

        For the reasons stated in the October 27, 2023, order, this action is dismissed.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    October 27, 2023
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge