UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GABRIEL J. RIVERA,

                              Plaintiff,           23-CV-4128 (PAE) (RWL)

        - against -

                                                **ORDER**

DEPUTY WARDEN MILLER, ET AL.,

                            Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On September 30, 2024, Defendant filed a status report indicating that discovery was on track to be completed by scheduled to close on November 27, 2024.  (Dkt. 32.) No 90-day status report has been filed since then.  Accordingly, by March 26, 2025, Defendant shall file a status report.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2025
       New York, New York

Copies transmitted this date to all counsel of record.